UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNA SLIGER and CHRISTOPHER CARTIER,<br><br>Plaintiffs<br><br>v.<br><br>NICHOLAS CARAMELLA, et al.,<br><br>Defendants | Case No.: 3:25-cv-00385-MMD-CSD<br><br>**Order**<br><br>Re: ECF Nos. 8, 9 |

Plaintiffs have filed a request to add defendants (ECF No. 9) and a first amended complaint (ECF No. 8). The first amended complaint contains the names of the new defendants but nothing else. There are no factual allegations, and the complaint has not been signed.

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A), (B).

Under this rule, Plaintiffs have the right to file an amended complaint once as a matter of course without leave of court. However, an amended complaint supersedes the original complaint and must be complete in and of itself without reference to the original complaint. L.R. 15-1(a). The first amended complaint here is incomplete, as it contains no factual allegations, no signatures of the Plaintiffs, nor, even, the other defendants already included in this case. The first amended complaint will therefore be stricken, and Plaintiff will be granted leave to file a new first amended complaint.

/

## CONCLUSION

(1) The first amended complaint (ECF No. 8) is **STRICKEN**.

(2) The request to add defendants (ECF No. 9) is **GRANTED**.

(3) The Clerk will **SEND** Plaintiffs a copy of the form for a complaint for violation of civil rights (non-prisoner).

(4) Plaintiffs will have **30 DAYS** from the date of this order to file a complete first amended complaint. The first amended complaint must be complete in and of itself without referring to or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the court. The complaint must include copies of all exhibits referred to in the amended complaint and must be signed in accordance with Federal Rule of Civil Procedure 11.

**IT IS SO ORDERED**.

Dated: November 4, 2025

_____
Craig S. Denney
United States Magistrate Judge