UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNA SLIGER and CHRISTOPHER CARTIER,<br><br>Plaintiffs<br><br>v.<br><br>NICHOLAS CARAMELLA, et al.,<br><br>Defendants | Case No.: 3:25-cv-00385-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 35 |

Plaintiffs have moved, pursuant to Federal Rule of Civil Procedure 4(m), for an extension of time to complete service of process in compliance with Rule 4. Good cause appearing, Plaintiffs' motion for extension of time (ECF No. 35) is GRANTED, and Plaintiffs will have until January 14, 2026, to effect service on the defendants in this case.

**IT IS SO ORDERED**.

Dated: December 15, 2025

_____
Craig S. Denney
United States Magistrate Judge