COBH BURNETT
Deputy District Attorney
Nevada State Bar Number 16505
LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
One South Sierra Street
Reno, NV  89501
cburnett@da.washoecounty.gov
lliddell@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY
HUMAN SERVICES AGENCY,
TONYA ANDERSON, AND KAMI RILEY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

JENNA SLIGER and CHRISTOPHER CARTIER,

        Plaintiffs,

    vs.

NICHOLAS CARAMELLA, et al.,

        Defendants.          /

Case No. 3:25-CV-00385-MMD-CSD

### STIPULATION AND ORDER TO EXTEND THE DISCOVERY PLAN AND SCHEDULING ORDER DEADLINE (FIRST REQUEST)

Defendants Washoe County Human Services Agency (hereafter referred to as "Washoe County" or "HSA"), Tonya Anderson, Kami Riley (collectively "County Movants"), Pinecrest Academy of Northern Nevada, et al. and Jamie Austin (collectively "the Academy"), Nicholas Caramella ("Caramella") by and through their respective undersigned counsels of record, and Plaintiffs Jenna Sliger and Christopher Cartier, appearing pro se, (collectively the "Parties"), hereby submit this stipulated request to extend the discovery plan and scheduling order deadline of March 6, 2026 (*See* ECF No. 43, Court's

-1-

minutes Order) pursuant to LR 26-3. This is the first request to extend such deadline in this case as discovery has yet to take place and the Fed. R. Civ. P. 26(f) conference has yet to occur.

With good cause appearing and to promote judicial economy, the parties have stipulated to a 60-day extension of the discovery plan and scheduling order deadline so Plaintiffs may finish their briefing on the outstanding Motion to Dismiss (ECF No. 43) given Plaintiffs' Motion for Relief (ECF No. 54) and this Court's subsequent Order on Motion (ECF No. 55), and so that the Court may consider the fully briefed and pending Motions to Dismiss (ECF Nos. 41 and 42).

**A.    STATEMENT SPECIFYING DISCOVERY COMPLETED – LR 26-3(a)**

Discovery has yet to commence in this action and Parties are still working to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a discovery plan and scheduling order in line with this Court's minutes Order (ECF No. 43).

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED – LR 26-3(b)**

As stated in subsection A above, discovery has yet to commence in this action and Parties will work to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a discovery plan and scheduling order in line with this Court's minutes Order (ECF No. 43).

**C.    REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE DEADLINE – LR 26-3(c)**

Given the caseloads of associated counsel, full briefing on a pending Motion to Dismiss (ECF No. 43) had yet to occur, and the Court allowing Plaintiffs an extension of time to respond to said Motion to Dismiss (ECF Nos. 43 and 55), Parties with good cause appearing, believed it prudent, as well as a proper use of both counsel and judicial resources, to promote judicial economy and efficiency, to stipulate to set the discovery plan and scheduling order deadline out sixty (60) days to allow for full briefing on a pending dispositive motion and for full consideration by the Court of the remaining and fully-briefed dispositive Motions to Dismiss (ECF Nos. 41 and 42).

**D.     PROPOSED SCHEDULE TO COMPLETE DISCOVERY - LR26-3(d)**

Once full briefing has occurred on the pending Motions to Dismiss (ECF No. 43), Parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a discovery plan and scheduling order in line with this Court's minutes Order (ECF No. 43).

**E.     PROPOSED EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**
Discovery Plan and Scheduling Order: **May 5, 2026** (an additional 60 days).

If dispositive motions are filed, the filing period is suspended until 30 days after Court's decision on dispositive motions.

DATED this 5th day of March, 2026          DATED this 5th day of March, 2026

CHRISTOPHER J. HICKS                      SINKELDAM LAW
Washoe County District Attorney

By: _/s/ Cobi Burnett_                    By: _/s/ Gary P. Sinkeldam_
    Cobi Burnett                              Gary P. Sinkeldam
    Deputy District Attorney                  Nevada Bar No. 6500
    Nevada Bar No. 16505                      8540 S. Eastern Ave., Suite 180
    One South Sierra Street                   Las Vegas, NV 89123
    Reno, NV 89501                            *Attorney for The Academy*
    *Attorneys for County Movants*

DATED this 5th day of March, 2026          DATED this 5th day of March, 2026

JEPSEN LAW                                 PLAINTIFFS JENNA SLIGER AND
                                           CHRISTOPHER CARTIER

By: _/s/ Kendra Jepsen_                       By: /s/ _Jenna Sliger_
    Kendra Jepsen, Esq.                        Jenna Sliger
    Nevada Bar No. 14065                       Christopher Cartier
    405 Marsh Avenue                           *Plaintiffs, appearing pro se*
    Reno, NV 89509
    *Attorney for Nicholas Caramella*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED March 11, 2026